Prepared by State Reporter from Appeal Papers

*Nathan L. Miller* and *Harold Otis* for appellant.

*George P. Nicholson, Corporation Counsel* (*William H. King* and *Isaac Phillips* of counsel), for respondent.

*Seth T. Cole, William E. Sill* and *George F. Kenna* for State Tax Commission.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES E. EARL, Appellant.

*Appeal — crimes — appeal without permission to Court of Appeals from unanimous affirmance of judgment of conviction dismissed.*

*People* v. *Earl*, 219 App. Div. 840, appeal dismissed.

(Submitted May 2, 1927; decided May 10, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered March 28, 1927, which unanimously affirmed a judgment of the Orange County Court rendered upon a verdict convicting the defendant of operating an automobile while intoxicated.

The motion was made upon the ground that permission to appeal had not been granted.

*Elmer H. Lemon, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.

---

MARY M. LEDWITH, Appellant, *v.* OTTO A. ROSALSKY, Respondent.

(Submitted May 2, 1927; decided May 10, 1927.)

Motion to amend remittitur denied.    (See 244 N. Y, **406.**)